# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PAUL Salce, Jr.                                             Docket No. 3:01CR00272(EBB)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Paul Salce, Jr. who was sentenced to 51 months imprisonment, to be followed by 3 years supervised release for a violation of Mail Fraud, in violation of 18 U.S.C. § 1341 and Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(ii). The defendant was sentenced by the Honorable Ellen Bree Burns, Senior United States District Judge sitting in the court in New Haven, Connecticut on February 8, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall pay restitution in the amount of $1,306,545.59. An initial payment in the amount of $20,000 is due within 30 days of sentencing. Mr. Salce shall then pay monthly installments in the amount of $1,500 due on or before the 15th day of each month; 2) The defendant shall participate in a program for the treatment of compulsive gambling as deemed appropriate by the probation officer. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall refrain from gambling and will not enter any establishment known to promote gambling, which shall include usage of the Internet for such purposes; 4) The defendant shall participate in a mental health treatment program, as directed by the probation officer. The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount to be determined by the probation officer, and; 5) The defendant shall not be employed in the capacity where he will have access to, or authorization of, any financial aspects of a company; and 6) The defendant shall provide an updated personal financial disclosure to the U.S. Probation Office on a quarterly basis. The defendant commenced his supervision on November 7, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On November 7, 2005, Mr. Salce rendered an amended Financial Affidavit which reported a Monthly Cash Flow of $70.00. He is currently employed as a business manager for the Trading Post in New Milford and earns $4,000 per month. The Court ordered $1,157,330.8 in restitution, of which the defendant has rendered $750 to date. Upon reviewing the defendant's current financial status, it appears that he can not render the monthly restitution payment of $1,500. Therefore, it is respectfully recommended that his monthly restitution payment be modified to a $250 monthly payment or to reflect any increase in his income including assets.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for   years, for a total term of   years.
■ To modify the conditions of supervision as follows:

The defendant shall pay restitution in the amount of $1,306,545.59 at a rate of $250 per month by the 15th day of each month. Monthly payments may be adjusted upon the Court's reassessment of defendant's finances.

The U.S. Attorney's Financial Litigation Department was contacted and apprised of Mr. Salce's current situation and had no objection with said modification.

**ORDER OF COURT**

Considered and ordered this   5th   day of   Dec.  , 2005 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Respectfully Submitted,

Patrick D. Norton
United States Probation Officer

Place: New Haven, Connecticut

Date:   December 2, 2005